Form 210A (12/09)

# United States Bankruptcy Court

NORTHERN DISTRICT OF OHIO

In Re:  
FRANK C. FUSSELMAN

ALBERTA L. FUSSELMAN

Case No. 1341743

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | Springleaf Consumer Loan, Inc. |
| ------------------------------------- | ------------------------------------- |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 16<br>Amount of Claim: $14,584.18<br>Date Claim Filed: 12/18/2013 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3868 | Phone:<br>Last Four Digits of Acct #: 3868 |
| Name and Address where transferee payments Should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | <u>Seller Information</u><br>SpringCastle<br>601 N.W. Second Street<br>Evansville IN 47708 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3868 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia   Date: 4/25/2014  
------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

ASSIGNMENT AND BILL OF SALE

Springleaf General Services, Inc., on behalf of SpringCastle America Funding Trust, SpringCastle Credit Funding Trust, and SpringCastle Finance Funding Trust (collectively the "Sellers"), have accepted assignment of an Account Purchase and Sale Agreement dated the 25th day of September, 2013 and all amendments thereto ("Agreement") for the sale of Accounts as defined in Section 1 of the Agreement to Portfolio Recovery Associates, LLC, (hereinafter called "Purchaser"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Purchaser, its successors and permitted assigns, all of Sellers' rights, title, and interest and obligations in and to the Accounts owned by such Sellers and identified on the Sale Files delivered by the Sellers to Purchaser in electronic file form in conjunction herewith and titled ███████████.

IN WITNESS WHEREOF, Sellers have signed and delivered this instrument on the 24th day of February, 2014.

SPRINGLEAF GENERAL SERVICES, INC.

By: _____

Printed Name: John C. Anderson

Title: Executive Vice President, Capital Markets